Davis Wood Lumber Co.

vs No.8926

Jos Schillkoffskey

Charles F.Claiborne, Judge.

March 5th 1923

Court of Appeal
Parish of Orleans
FILED 3/6/23

Davis Wood Lumber Co.

vs No.8926

Jos Schillkoffskey,Appellant.

Charles F.Claiborne,Judge.

This is a suit to recover the value of services rendered.

The plaintiff averred that the defendant owned a piece of land near Manderville and employed the plaintiff to cut,haul saw,and dress the lumber from the standing pine trees on said land;that defendant agreed to pay plaintiff $22 per 1000 feet for rough lumber,and $27 per 1000 feet for dressed lumber; that on January 21st 1920 plaintiff shipped to defendant a car containing 19,575 feet of rough lumber making $430.65 and 2422 feet of dressed lumber making $65.39,or a total of $496.04 ; that on July 28th 1920 defendant paid $200 on account,leaving a balance due of $296.04 for which plaintiff claims judgment.

Defendant admitted that he had employed the plaintiff as alleged except for the cutting;he admitted the shipment of lumber as alleged;he admitted the payment of $200,but denied indebtedness;he denied that the price agreed upon for dressed lumber was $27 but alleged that it was $25; further answering defendant alleged that after the lumber mentioned by plaintiff had been cut and delivered to defendant there still remained 60 logs from defendant's lands in the possession of plaintiff, the lumber of which should have been cut and delivered to defendant;that the value of said lumber contained in said logs is $420.00,which the defendant is entitled to offset against the balance he owes the plaintiff $291.83,leaving a balance due to
(291.83)
him by plaintiff of $128.17 .

There was judgment in favor or plaintiff for $283.93 , dismissing the reconventional demand as in case of non suit.

The defendant alone has appealed.

The price of $22 a 1000 feet for rough lumber was proven by the testimony of plaintiff;the defendant admitted that it was

358

the price made to him,and that he had paid it on former shipments
under the same contract.

The price of $27 a 1000 for dressed lumber seems to have
been correctly reduced to $25 by the judgment of the City Court.

There is no testimony to establish defendants reconven-
tional demand,he is the only witness in support of it.His testi-
mony is vague and indefinate.He says that on a trip to Manderville,
when the train pulled out he noticed a big pile of logs and he
recognized his logs;especially one log which had formed the
corner of his fence and upon which there was still a piece of his
fence six inches long;he counted between 56 and 60 logs of dif-
ferent sizes from 10 inches in diameter up,some logs would bring
100 feet other,would 1500 feet;he understood those logs were cut
up for fire wood in Manderville.

He is contradicted by Jessie Smith,wood foreman for the
plaintiff.This witness says that before starting to haul,for the
defendant they had been hauling for th Mr Davis ;they had about
35 logs left at the Railroad depot for Mr Davis ; but as that
did not make a car load,they left them there,and began hauling
for the defendant;they hauled all of the defendant's logs out
of the woods,and " in the winding up of hauling " there were left
5 logs for the defendant at the railroad depot for lack of room
on the freight car;the logs were seperated;those belonging to
Davis were marked,those of defendant were not marked;he was there
when the logs were put there,and there when they were taken away:
it was his duty to see to that;the defendant's logs were very
common loblolly timber about 100 feet to the log.

Mr W.H.Davis corroborates this testimony.

The judgment is therefore affirmed.

Judgment affirmed.

March 5th 1923